Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | Patrick M. Mahoney |
|---|---|---|---|
| CASE NUMBER | 02 C 50207 | DATE | 10/1/2002 |
| CASE TITLE | JAMES W. HILL vs. VAPOR CORPORATION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Defendant's motion to dismiss count II.

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, defendant's motion to dismiss count II of the complaint is granted. Count II is dismissed.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | OCT - 1 2002 | 15 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 10/1/2002 date mailed notice | |
| /1c | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

Plaintiff, James. W. Hill (Hill), has brought this action against his former employer, Vapor Corporation, and its successor, Vapor Power, LLC. The four-count complaint alleges national origin discrimination in violation of Title VII, 42 U.S.C. § 2000e-2; discrimination under the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981, based on his national origin; discrimination based on his age under the ADEA, 29 U.S.C. 633a; and retaliatory discharge in violation of those three statutes. Before the court is defendants' uncontested motion to dismiss count II of the complaint pursuant to Fed. R. Civ. Pro. 12(b)(6).

On a Rule 12(b)(6) motion to dismiss, the Court accepts as true all well-pleaded factual allegations of the complaint, drawing all reasonable inferences in plaintiff's favor. Midwest Grinding Co. v. Spitz, 976 F.2d 1016, 1019 (7th Cir. 1992). No claim will be dismissed unless "it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations." Hishon v. King & Spalding, 467 U.S. 69, 73 (1984).

Count II of the complaint alleges discrimination against Hill under § 1981 based on his national origin. Defendants correctly assert that an action based solely on national origin discrimination is not cognizable under § 1981. St. Francis College v. Al-Khazraji, 481 U.S. 604, 612 (1987); Zuckerstein v. Argonne, 984 F.2d 1467, 1472 (7th Cir. 1993).

Accordingly, count II, plaintiff's claim under § 1981 based solely on national origin discrimination, is dismissed.